IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PAUL JOHN HANSEN,

        Defendant.

**WITNESS LIST**

Case No.   8:14MJ277
               3:14CR91 (N.D. FLORIDA)
Deputy:    Mary Beth McFarland
Reporter:  Digital Recorder
Date:       October 29, 2014

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Edward W. Sealock | October 29, 2014 |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
|  |  |
|  |  |